# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF THE STATE OF OHIO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 04-63848 |
| Aqua II Pools, Inc., | ) |
| | ) Chapter 7 |
| DEBTOR | ) |
| | ) Judge: Charles M Caldwell |

## ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT

On the application of Zodiac American Pools Inc., (the "Claimant") (Docket No. 286) a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. Seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the

approximate amount of $15,005.78) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

**IT IS SO ORDERED.**

*/s/ Charles M Caldwell*
10-21-09

Copies to:

United States Attorney
Attn: Civil Process Clerk
303 Marconi Boulevard, 2nd Floor
Columbus, OH 43215

Office of the U.S. Trustee
170 North High Street, Ste 200
Columbus, OH 43215

Case Trustee
Susan L Rhiel
394 E. Town Street
Columbus, OH 43215

Debtor's Counsel
Aqua II Pools, Inc.
PRO SE

Debtor
Aqua II Pools, Inc.
99 Bridge St
Dravosburg, PA 15034

Greg Griffith
American Property Locators, Inc.
3855 S Boulevard, Suite 200
Edmond, OK 73013

###